UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

USA,

          Plaintiff(s),

v.

D-1 SCOTT WILLIAM SUTHERLAND
D-2 RONALD RAYMOND ROBERTS

          Defendant(s).
_____/

Case No. 2:11-CR-20129

Judge  Robert H. Cleland

Magistrate Judge  Mark A. Randon

## NOTICE OF CORRECTION

Docket entry number   14   , filed         5/5/11        , has been modified.  The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☐ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed to include the Partial Payment Order.

☑ Other:  D-1 Scott William Sutherland is only listed as to count 1s (not 2s).

If you need further clarification or assistance, please contact     Nicole Hollier      at   (313) 234-5010  .

DAVID J. WEAVER, CLERK OF COURT

Dated:  May 6, 2011

s/Nicole Hollier
Deputy Clerk