# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff(s),

CASE NUMBER: 11-20129

v.

HON. ROBERT H. CLELAND

SCOTT SUTHERLAND,
        Defendant(s).
_____/

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Robert H. Cleland, United States District Judge for the above proceeding on **JUNE 13, 2011 AT 2:00 PM**, in Room 712, Theodore Levin U.S. Courthouse, 231 W. Lafayette Detroit, Michigan 48226. The following motion(s) are scheduled for hearing:

- ■ DEFENDANT'S MOTION TO SUPPRESS EVIDENCE, filed 4/25/11

## CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to WILLIAM HACKETT, SAIMA MOHSIN, CRAIG TANK on this date May 19, 2011 by electronic and/or ordinary mail.

Date: May 19, 2011

s/ Lisa Wagner
Deputy Clerk      (313) 234-5522

Please Note carefully the time requirements set forth in Local Rule 7.1 of the United States District Court for the Eastern District of Michigan. A response shall be filed within 21 days after service of a dispositive motion. E.D.Mich.L.R.7.1(d)(1)(B). A reply to the response shall be filed within 7 days after receipt of the response; but not less than 3 days before oral argument. ED.Mich L.R.7.1(d)(1)(C). *(See Fed.R.Civ.P.6 for time computation.)*