UNITED STATES OF AMERICA

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SCOTT SUTHERLAND AND RONALD ROBERTS

        Defendants,

_____/

Case Number 11-20129
Hon. Robert H. Cleland

**NOTICE OF JOINDER**

NOW COMES the Defendant Ronald Roberts with his Counsel Craig A. Tank and herby joins in the motion to suppress evidence filed by the Counsel for Scott Sutherland.

    Respectfully Submitted,

    <u>s/Craig A. Tank</u>
    Attorney for Defendant Roberts
    319 North Gratiot
    Mount Clemens, MI 48043
    (313) 732-7134

Date: May 22, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2011 I electroncilly filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all Counsel of Record.

/s Craig A. Tank
Attorney for Claimants
319 North Gratiot
Mount Clemens, MI 48043
(313) 732-7134
craigtank@gmail.com