# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Criminal Case No. 11-cr-20129

vs.                              Honorable Robert H. Cleland

D-1  SCOTT WILLIAM SUTHERLAND

       Defendant.
_____/

## CERTIFICATE OF SERVICE

It is hereby certified that service of the **Notice of Preliminary Order of Forfeiture, Preliminary Order of Forfeiture,** and this **Certificate of Service** has been made on February 18, 2015, upon the following non-ECF participant(s):

Anthony M. Habbo
1219 Alameda BL
Troy, Michigan 48085

via regular and certified mail, by placing the same in an envelope, postage prepaid, and depositing said envelope in the United States Mail.

        Respectfully Submitted,

        s\Linda Aouate
        LINDA AOUATE
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, Michigan 48226-3211
        (313) 226-9587
        Linda.aouate@usdoj.gov
        [P70693]

I further certify that I electronically filed this certificate of service with the Clerk of the Court using the ECF system.