**Report of attorneys on Jury request for exhibit(s)**

We have received a request from the jury to examine these exhibits:

- 8-2
- 8-3
- 8-4A
- 8-5

All defense attorneys are aware of the request. We have assembled these exhibits, examined them to insure that they are indeed admitted exhibits, and the bailiff may provide them to the jury without delay.

Agreed, on behalf of the Government:

_[signature]_ / date and time: 2/12/15  10:20am

I have consulted with all other defense counsel, and agree on behalf of the defendants:

_Kimberly W. Stout_ / date and time: 2·12·15  10:20 a.m.

**Report of attorneys on Jury request for exhibit(s)**

We have received a request from the jury to examine these exhibits:

__39-4__

__39-5__

_____

_____

_____

_____

All defense attorneys are aware of the request. We have assembled these exhibits, examined them to insure that they are indeed admitted exhibits, and the bailiff may provide them to the jury without delay.

Agreed, on behalf of the Government:

_____ / date and time: __2/12/15__

I have consulted with all other defense counsel, and agree on behalf of the defendants:

_____ / date and time: __12 Feb 2015__

To the jury:

You have requested and received **Exhibits 39-4 and 39-5** that contain within them, certain items to which a cautionary instruction applies.

Specifically, with respect to Exhibit 39-4:

(1) "Incident Report Narrative"
(2) "Case 2:05-cr-8554…. Page 2 of 6"
(3) "Case 2:05-cr-8554…. Page 3 of 6"

Specifically, with respect to Exhibit 39-5:

(4) "Incident Report Narrative"
(5) "Narrative: Page 3"
(6) "Case 2:05-cr-8554…. Page 2 of 6"
(7) "Case 2:05-cr-8554…. Page 3 of 6"
(8) "Case 2:05-cr-8554…. Page 4 of 6"
(9) "Case 2:05-cr-8554…. Page 5 of 6"

I direct you, with respect to THESE ITEMS, which have been copied and redacted, to re-read the instruction found at page 143.

Thank you.

Judge Cleland

February 12, 2015.