## Report of attorneys on Jury request for exhibit(s)

We have received a request from the jury to examine these exhibits:

26-2

26-4

All defense attorneys are aware of the request. We have assembled these exhibits, examined them to insure that they are indeed admitted exhibits, and the bailiff may provide them to the jury without delay.

Agreed, on behalf of the Government:

_____ / date and time: 2/17/2015  3:12 p.m.

I have consulted with all other defense counsel, and agree on behalf of the defendants:

_____ / date and time: 17 Feb. 2015  3:16 p.m.

To the jury:

You have requested and received **Exhibits 26-2 and 26-4**. Exhibit 26-2 is an item to which a cautionary instruction applies. I direct you, with respect to Exhibit 26-2, to re-read the instructions found at page 143.

Thank you.

Judge Cleland

February 17, 2015